## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ESTATE OF JORDAN VIDANA through its personal
representative CURTISS N. LEIN, JORDAN VIDANA,
JR., JADEN VIDANA, JAYLEN VIDANA, and SANDER
KING, through their guardian ad-litem SAMUEL LAWTON,

Plaintiffs,

v.                                                23-CV-82-JDP

LUIS RYES GOMEZ, HP TRANS CORP.,
DRIVE NEW JERSEY INSURANCE COMPANY,
and SENTRY SELECT INSURANCE COMPANY,

Defendants.

---

ESTATE OF LEONARD ROBERT HOPINKA through
its personal representative JOSHUA MELTON,
HELES-WV-CEXI-WI HOPINKAWHITECLOUD and
NO-KO-SELVS-TE HOPINKA WHITECLOUD
through their guardian ad-litem VICTORIA L. DAVIS
DAVILA,ESTATE OF TYLER EDWARD DECORAH
through its personal representative JUSTIN HALL and
KENDRICK DECORAH through her guardian ad-litem
ROBERT PLEDL,

Plaintiffs,

v.                                                23-CV-486-JDP

LUIS REYES GOMEZ, HP TRANS CORP,
DRIVE NEW JERSEY INSURANCE COMPANY,
and SENTRY SELECT INSURANCE COMPANY,

Defendants.

---

## DECLARATION OF MATTHEW C. LEIN

Matthew C. Lein, declares pursuant to 28 U.S.C., Section 1746, and under penalty of perjury that the following is true and correct:

1.  I am over the age of 18 years.

2.  I am adult and competent to testify in this matter.

3.  I am the attorney of record for the plaintiffs.

4.  Ex. A is a true and accurate copy of the mediation settlement agreement signed by all relevant parties.

Dated: May 24, 2024

/s/Matthew C. Lein